■ MADELINE SCHAFFER, Appellant, v KEY FOOD STORE, Doing Business as FOOD MERCHANTS RPG, INCORPORATED, Respondent. [779 NYS2d 783]—Appeal by the plaintiff from an order of the Supreme Court, Kings County (G. Aronin, J.), dated June 2, 2003.

Ordered that the order is affirmed, with costs, for reasons stated by Justice G. Aronin at the Supreme Court. Ritter, J.P., Goldstein, Mastro and Fisher, JJ., concur.